IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv–01435–MSK–KMT

BVM INCORPORATED, a Colorado Corporation,

    Plaintiff,

v.

KENOSHA STEEL CASTINGS, INC., a Wisconsin corporation,

    Defendant.

## **ORDER**

This matter is before the court on plaintiff's "Motion to Issue Order to Show Cause" [Doc. No. 6, filed July 11, 2008].

The plaintiff has alleged federal jurisdiction and venue for the four causes of action contained in its Complaint pursuant to 28 U.S.C. §§ 1332 and 1391, diversity jurisdiction. Plaintiff also invokes the provisions of Fed. R. Civ. P. 64 with respect to his "Fourth Claim for Relief (Replevin)."

Replevin is often referred to as a mixed action, being partly *in rem* and partly *in personam*. The United States District Court's jurisdiction of an action to replevin property which lies both outside the district and outside the state whose statutory provisions are being applied, is subject to debate. *Compare, e.g., Steel Motor Service v. Zalke*, 212 F.2d 856 (6th Cir.

1954) and *Central Transport, Inc. v. Theurer, Inc*. 430 F. Supp. 1076 (E.D. Mich. 1977). *See also General Electric Capital Corp. v. East Coast Yacht Sales, Inc.,* 757 F. Supp. 19 (E.D. Pa. 1991).

Therefore, the plaintiff is hereby ORDERED to submit briefing on or before July 30, 2008, addressing the threshold issues of proper venue and jurisdiction for this court's issuance of a show cause order pursuant to Colorado Rule of Civil Procedure 104 on Plaintiff's replevin claim.

Dated this 21st day of July, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge