IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01435-MSK-KMT

BVM INCORPORATED, a Colorado corporation,

    Plaintiff,

v.

KENOSHA STEEL CASTINGS, INC., a Wisconsin corporation,

    Defendant.
_____

**ORDER DISMISSING REPLEVIN CLAIM**
_____

THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss Replevin Claim for Relief (Motion) **(#18)**. Having reviewed the Motion, the Court

**FINDS** that good cause exists for granting the relief requested.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the Replevin Claim is hereby **DISMISSED**. The Court's referral of the First Motion for Order to Show Cause *(#6)* is **WITHDRAWN**, rendering the Court's Order for briefing on the issues of jurisdiction and venue at *Docket Entry #12* **MOOT**.

DATED this 20th day of August, 2008.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge