IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv–01435–MSK–KMT

BVM INCORPORATED, a Colorado Corporation,

    Plaintiff,

v.

KENOSHA STEEL CASTINGS, INC., a Wisconsin corporation,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion to Amend Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting" (#20, filed September 16, 2008) is DENIED.

Dated: September 22, 2008