IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 08-cv-01435-PAB-KMT

BVM INCORPORATED,

    Plaintiff,

v.

KENOSHA STEEL CASTINGS, INC.,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

THIS MATTER comes before the Court upon the parties' Motion to Dismiss with Prejudice [Docket No. 34]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss with Prejudice [Docket No. 34] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 5, 2009.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge